UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
QUANDELL HICKMAN,

                      Plaintiff

             -against-

ANTHONY J. ANNUCCI, et al.,

                   Defendants.
------------------------------------------------------------X

24-CV-3421 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

       I am in receipt of Defendants' motion to stay discovery, (Doc. 24), and Plaintiff's opposition to the motion to stay (Doc. 35). To date, I have not received Defendants' reply brief, despite such reply being due on or before December 2, 2024. (Doc. 35.)

       If Defendants do not submit a reply brief by December 16, 2024, I will decide the motion to stay without the benefit of Defendants' reply.

SO ORDERED.

Dated:    December 9, 2024
New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge