UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
QUANDELL HICKMAN                                    :

                                                    :         ORDER
                Plaintiff,
                                                    :         24 Civ. 3421 (VSB) (GWG)

   -v.-
                                                    :

NEW YORK STATE CORRECTIONS AND    :
COMMUNITY SUPERVISION et al.,
                                                    :

              Defendants.                     :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     Defendants have filed a motion to dismiss the amended complaint dated September 8, 2025, along with a memorandum of law of the same date.  Plaintiff is directed to file his opposition to this motion on or before October 7, 2025.  Defendants may file any reply within 14 days of the filing of plaintiff's opposition.

     SO ORDERED.

Dated:  September 9, 2025
           New York, New York

                                                          _____
                                                          GABRIEL W. GORENSTEIN
                                                          United States Magistrate Judge