UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
QUANDELL HICKMAN                                       :

                                                               :          ORDER
                Plaintiff,

                                                                :          24 Civ. 3421 (VSB) (GWG)

   -v.-                                                :

NEW YORK STATE CORRECTIONS AND        :
COMMUNITY SUPERVISION et al.,
                                                                :

               Defendants.          :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Defendants filed a motion to dismiss the amended complaint dated September 8, 2025, along with a memorandum of law of the same date. By order dated September 9, 2025, plaintiff was directed to file his opposition to this motion on or before October 7, 2025. No such opposition has been filed, however.

      Accordingly, plaintiff is hereby ORDERED to do one of these three things by October 31, 2025: (1) file his opposition to the motion to dismiss; (2) if he has good cause for seeking to extend the deadline for his opposition, file a letter seeking a reasonable extension of time to file the opposition; or (3) file a letter stating that while he will not be filing any opposition papers, he still wants the Court to decide the motion.

      Plaintiff is warned that if he fails to comply with this Order, he may be deemed to have abandoned this case and the case may be dismissed as a sanction pursuant to Rule 16(f) of the Federal Rules of Civil Procedure or for failure to prosecute under Rule 41 of the Federal Rules of Civil Procedure.

      SO ORDERED.

Dated: October 17, 2025
       New York, New York

                                               GABRIEL W. GORENSTEIN
                                               United States Magistrate Judge