UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
QUANDELL HICKMAN                                         :

                                                        :           ORDER
                         Plaintiff,
                                                                24 Civ. 3421 (VSB) (GWG)
                                                        :

        -v.-                                            :

                                                        :
NEW YORK STATE CORRECTIONS AND                          :
COMMUNITY SUPERVISION et al.,
                                                        :

                         Defendants.                   :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        The Clerk's Office docketed plaintiff's amended complaint (Docket # 49) but it was missing a page --- that is, page 5.   That page how been properly included in the docket entry.

        Defendants' memorandum of law in support of their motion to dismiss, however, obviously does not make reference to any statements on this page.   Accordingly, defendants are directed to file an amended memorandum of law that addresses the newly-docketed amended complaint.   Defendants shall file such memorandum of law on or before January 7, 2026.

        Plaintiff may file opposition to the amended memorandum of law on or before January 28, 2026.   If no opposition is filed, the Court will assume that plaintiff intends to rely on his original opposition (dated September 29, 2025, but not mailed until November 3, 2025, and filed as Docket # 55).

        If plaintiff files a new opposition, defendants shall file a reply to that opposition within 14 days of its filing.

        SO ORDERED.

Dated:  December 22, 2025
        New York, New York



                                                _____
                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge