UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

QUANDELL HICKMAN,

Plaintiff

-against-

ANTHONY J. ANNUCCI, et al.,

Defendants.

-----------------------------------------------------------X

24-CV-3421 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Defendants' renewed motion to dismiss Plaintiff's Amended Complaint on January 7, 2026, (Doc. 59), which has been fully briefed. (*See* Docs. 63, 64.) Because this motion is the operative one, and I construe Defendants' previous motion to dismiss, (Doc. 50), and Plaintiff's "motion to deny," (Doc. 55), as supplements to this briefing, I respectfully request that the Clerk of Court terminate the motions at Document 50 and Document 55. This order should not be construed as a decision on Defendants' pending to motion to dismiss, (Doc. 59), which is still under consideration.

SO ORDERED.

Dated: September 17, 2026
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge